IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLIN JOHNS, individually, and on behalf of all others similarly situated,** | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) Case No. ) |
| **PAYCOR, INC.,** | ) Hon. ) ) |
| *Defendant.* | ) ) ) ) |

## DECLARATION OF ROBERT WHITWORTH

I, Robert Whitworth, hereby declare under penalty of perjury as follows:

1. I am a Principal Product Manager at Paycor, Inc. ("Paycor"), a company which provides payroll processing and other related services to customers in Illinois. I make this declaration based on my personal knowledge and on my review of the Complaint filed in this matter and company records maintained in the regular course of Paycor's business—specifically, Paycor's payroll database. I could competently testify to the matters set forth herein if called to do so as a witness in court.

2. Paycor is a company incorporated under the laws of Delaware. Paycor's principal place of business is in Ohio.

3. According to the Complaint, Plaintiff John Kellins was employed by Club Fitness, Inc. ("Club Fitness") at a number of locations in Illinois between 2013 and 2017.

4. In my role with Paycor, I have access to timecard data in Paycor's payroll database. This timecard data identifies Paycor customers, and the number of times an employee at a customer location used a time clock to clock in or out of work in order to record his or her work hours.

5. Pursuant to a contract between Club Fitness and Paycor, Paycor—from October 2015 through March 2016— provided payroll services for Club Fitness locations in Illinois. The

locations in Alton, Collinsville, Granite City, Fairview Heights, and Wood River each leased one time clock from Paycor with an optional feature that can be used to scan the employee's finger.

6. During the five months Paycor processed payroll for Club Fitness from October 2015 through March 2016, Paycor processed payroll for at least 50 people working at Club Fitness Illinois locations in Alton, Wood River, Granite City, Collinsville, and Fairview Heights. Moreover, during this same time, Club Fitness employees at Illinois locations clocked in and out of work using the time clock no less than 1,100 times while Paycor processed payroll for Club Fitness.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11TH day of March, 2020.

_____
Robert Whitworth