IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYCOR, INC.,<br><br>    Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

### PAYCOR, INC.'S MOTION TO STAY DISCOVERY

Defendant Paycor, Inc. ("Paycor") respectfully requests that this Court enter an order temporarily staying discovery in these proceedings pending resolution of Paycor's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, which will be filed on November 12, 2020. In support of this motion, Paycor states as follows:

1. On September 24, 2020, Chief Judge Rosenstengel issued an order adopting a scheduling and discovery order in this case, adopting a Track "B" schedule. (ECF No. 33.) After the issuance of the Court's order, several events have transpired that warrant a stay of the established dates.

2. First, on October 5, 2020, the case was reassigned from Chief Judge Rosenstengel to this Court. (ECF No. 34.)

3. Second, on October 29, 2020, Plaintiffs filed a First Amended Class Action Complaint that added a new named plaintiff to the case. (ECF No. 40.) Under the Federal Rules of Civil Procedure, Paycor is required to respond to the First Amended Complaint by November 12, 2020—14 days after service of the amended pleading. Fed. R. Civ. P. 15(a)(3).

Paycor intends to file a Motion to Dismiss the First Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

4.    Finally, on November 5, 2020, this Court granted Paycor's motion to withdraw the appearances of its former attorneys on this matter and substitute new counsel.

5.    On November 4, 2020, Paycor's new counsel reached out to Plaintiffs' counsel to suggest that, in light of the new plaintiff, new judge, and new defense counsel, as well as Paycor's impending Motion to Dismiss, it would make sense to stay discovery until after the Court issues a decision on the Motion to Dismiss. On November 6, 2020, Plaintiffs' counsel informed the undersigned that she did not agree to Paycor's request.

6.    Paycor now moves the Court to enter an order staying discovery until after the Court rules on Paycor's soon-to-be-filed Motion to Dismiss. Paycor believes its motion to dismiss has strong grounds, as multiple federal courts have dismissed BIPA lawsuits against technology providers similarly situated to Paycor that featured the type of bare-bones allegations that Plaintiffs plead here. *Heard v. Becton, Dickinson & Co.*, 440 F. Supp. 3d 960, 966 (N.D. Ill. 2020); *Kloss v. Acuant, Inc.*, 462 F. Supp. 3d 873, 875 (N.D. Ill. 2020); *Namuwonge v. Kronos, Inc.*, 418 F. Supp. 3d 279, 286 (N.D. Ill. 2019).

7.    This case should be stayed pending a ruling on the Motion to Dismiss because, Paycor submits, it should not have to engage in costly discovery until after the Court determines whether Plaintiffs' sparse allegations can support a BIPA claim. Additionally, a stay in this case will serve the interests of judicial economy and will allow the new plaintiff and new defense counsel, as well as the Court, time to more fully familiarize themselves with the issues in the case, which presently is set on a very expedited schedule for a putative class action. Paycor respectfully submits that this case, which is a complex class action, is more appropriately viewed as a Track

"D" case and the schedule should be revisited, should that become necessary, at the appropriate time.

WHEREFORE, Defendant Paycor, Inc. respectfully requests that the Court grant Paycor's Motion and issue an order staying discovery until after the Court rules on Paycor's Motion to Dismiss the First Amended Complaint.

Dated: November 9, 2020

Respectfully submitted,

**PAYCOR, INC.**

By: */s/ Matthew C. Wolfe*
　　　One of Its Attorneys

Melissa A. Siebert (IL Bar No. 6210154)
Matthew C. Wolfe (IL Bar No. 6307345)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL  60606
Telephone:  312.704.7700
Facsimile:  312.558.1195
masiebert@shb.com
mwolfe@shb.com

*Attorneys for Defendant Paycor, Inc.*

4811-7660-2577

## CERTIFICATE OF SERVICE

I, Matthew C. Wolfe, an attorney, hereby certify that on **November 9, 2020**, I caused a true and complete copy of the foregoing **PAYCOR, INC.'S MOTION TO STAY DISCOVERY** to be electronically filed. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

                                                                 */s/ Matthew C. Wolfe*

4811-7660-2577