IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PAYCOR, INC.,<br><br>    Defendant. | Case No.  3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

**PAYCOR, INC.'S MOTION TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

  Defendant Paycor, Inc. ("Paycor") moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss, in its entirety and with Prejudice, the First Amended Class Action Complaint of Plaintiffs Kellin Johns and Juan Barron, individually and on behalf of all others similarly situated, for the reasons set forth in its accompanying Memorandum of Law.

Dated: November 12, 2020      Respectfully submitted,

                **PAYCOR, INC.**

                By: */s/ Matthew C. Wolfe*
                   One of Its Attorneys

                Melissa A. Siebert (IL Bar No. 6210154)
                Matthew C. Wolfe (IL Bar No. 6307345)
                SHOOK, HARDY & BACON L.L.P.
                111 South Wacker Drive, Suite 4700
                Chicago, IL  60606
                Telephone:  312.704.7700
                Facsimile:  312.558.1195
                masiebert@shb.com
                mwolfe@shb.com

                ***Attorneys for Defendant Paycor, Inc.***

**CERTIFICATE OF SERVICE**

I, Matthew C. Wolfe, an attorney, hereby certify that on **November 12, 2020**, I caused a true and complete copy of the foregoing **PAYCOR, INC.'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** to be electronically filed. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew C. Wolfe*

4850-0349-0513