# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>PAYCOR, INC.,<br><br>              Defendant. | Case No.  3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

## PAYCOR, INC'S MOTION FOR CONTINUED STAY UNDER *COLORADO RIVER*

Defendant, Paycor, Inc. ("Paycor"), by its undersigned counsel, hereby moves this Court to continue to stay all proceedings in this lawsuit pursuant to the *Colorado River* abstention doctrine. *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976). A memorandum in support is being filed contemporaneously herewith.

Dated:  September 29, 2023

Respectfully submitted,

**PAYCOR, INC.**

By: */s/ Melissa A. Siebert*
          One of Its Attorneys

Melissa A. Siebert (*msiebert@cozen.com*)
Christopher S. Hennessy (*chennessy@cozen.com*)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  312.382.3100
Facsimile:  312.382.8910

*Attorneys for Defendant Paycor, Inc.*

LEGAL\66135334\1

## CERTIFICATE OF SERVICE

     I, Melissa A. Siebert, an attorney, hereby certify that on **September 29, 2023**, I caused a true and complete copy of the foregoing **MOTION FOR CONTINUED STAY** to be electronically filed. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

                                                  */s/ Melissa A. Siebert*