UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLIN JOHNS and JUAN BARRON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PAYCOR, INC.,**<br><br>*Defendant*. | Case No. 3:20-cv-00264-DWD<br>Judge David W. Dugan |

### PLAINTIFFS' MOTION FOR LEAVE TO RE-FILE EXHIBITS

Named Plaintiffs, Kellin Johns and Juan Barron, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move for leave to re-file exhibits A, B, C, D, and F, incorrectly filed under seal. In support thereof, the Parties state as follows:

1. On November 30, 2023, Plaintiff filed its Response to Defendant's Motion for Continued Stay Under *Colorado River* (the "Response"). (Dkt. 92, 93).

2. Due to an administrative error, Plaintiffs mistakenly filed the exhibits A through D supporting its Response under seal. (Dkt. 93).

3. Those documents consist of:

    a. Exhibit A: *Ragsdale* – Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint.

    b. Exhibit B: *Ragsdale* – Paycor's Motion for Summary Judgment.

    c. Exhibit C: *Ragsdale* – November 15, 2023, Court Order.

    d. Exhibit D: Mitri Dahdaly Deposition.

1

    e.   <u>Exhibit E</u> : Paycor Contract

    f.   <u>Exhibit F:</u> *Ragsdale* – September 12, 2023, Court Order.

4.    Exhibits A, B, C, and F are public state court documents. Exhibit D is a deposition not marked as confidential, nor containing any confidential information. In fact, Exhibit D was previously filed as an exhibit to Plaintiffs' Motion for Class Certification. (Dkt. 57-2).

5.    Exhibit E is a contract between Paycor and Club Fitness. While Plaintiffs believe this contract does not contain confidential information, some of the information is arguably protected by the agreed protective order. (Dkt. 48, 49). Thus, Plaintiffs seek to maintain the confidential status of this document.

6.    Accordingly, based on the foregoing and for good cause, Plaintiffs, by and through their counsel, respectfully request leave to re-file Exhibits A, B, C, D, and F, supporting Plaintiffs' Response in order to correct the record.

Date:   December 6, 2023                    Respectfully Submitted,

                                                  */s/ Ryan F. Stephan*

                                                  Ryan F. Stephan
                                                  James B. Zouras
                                                  Catherine Mitchell
                                                  **STEPHAN ZOURAS, LLP**
                                                  222 W. Adams Street, Suite 2020
                                                  Chicago, Illinois 60606
                                                  312.233.1550
                                                  312.233.1560 *f*
                                                  rstephan@stephanzouras.com
                                                  jzouras@stephanzouras.com
                                                  cmitchell@stephanzouras.com

                                                  Brandon M. Wise
                                                  **PIEFFER WOLF CARR KANE CONWAY & WISE**
                                                  One US Bank Plaza, Suite 1950
                                                  St. Louis, MO 63101
                                                  314.833.4825
                                                  bwise@peifferwolf.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on December 6, 2023, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                          */s/ Ryan F. Stephan*