# EXHIBIT D

IN THE CIRCUIT COURT OF THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| KELLIN JOHNS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2018 L 000080 |
| CLUB FITNESS OF ALTON, LLC, ) ) | |
| Defendant. ) | |

## AFFIDAVIT OF ERIC SCHREIMANN

ERIC SCHREIMANN, being first duly sworn on oath hereby state as follows:

1. I am employed as the Chief Financial Officer (CFO) of Cust Serv CF, LLC, a limited liability company that is registered and incorporated in the State of Missouri, and have been so employed since June 2015. Cust Serv CF, LLC provides management services to various fitness clubs in Illinois and Missouri which operate under the "Club Fitness" trade name. Each of these facilities owned by a separate corporation or limited liability company.

2. As the CFO of Cust Serv CF, LLC, I am responsible for the business development and financial operations and for monitoring the internal and external operations and expenditures, including contracts with third party service providers, of Cust Serv CF, LLC and the individual Club Fitness facilities.

3. This Affidavit is based upon my personal knowledge, my review of court filings in the above-referenced lawsuit, and my review of business records maintained by Cust Serv CF, LLC and individual Club Fitness facilities, including Club Fitness of Alton, LLC, which owns and operates a fitness facility which is located at 1837 Homer Adams Parkway in Alton, Illinois. I could competently testify to the matters set forth herein if called as a witness in this lawsuit.

4. The records of Cust Serv CF, LLC, which are created and maintained in the regular course of business to record the details concerning the employment of individuals at any Club Fitness facility, including the position and dates of employment and the identity of each facility or company by which the individual was employed. It is and all times has been part of the regular course of business of Cust Serv CF, LLC and the individual Club Fitness facilities to make and maintain such records.

1

EXHIBIT
B

JOHNS_000009

5.      The business records of Cust Serv CF, LLC and the Club Fitness facilities in Illinois and Missouri reflect that Kellin Johns was never employed by Club Fitness of Alton, LLC. Rather, these records reflect that Kellin Johns was employed by Club Fitness of Hampton, LLC, a Missouri limited liability company, from January 6, 2014 until March 16, 2014, by Grasso Plaza LLC, a Missouri limited liability company, from March 17, 2014 until June 30, 2014, by Club Fitness of Collinsville, LLC, from July 1, 2014 until June 30, 2015, and by Aphel Bill Serv, LLC, a Missouri limited liability company, from July 1, 2015 until August 31, 2016.

6.      From September 1, 2016 until July 20, 2017, Kellin Johns was employed by Cust Serv CF, LLC as a district manager. In this position, Kellin Johns was not required to use a fingerprint or any other type of scanner to clock in/clock out his time and attendance.

7.      During some of the times alleged in Mr. John's Complaint, Club Fitness contracted with a third party, Paycor, Inc. ("Paycor") for Paycor to provide payroll services, including employee time and attendance services, and to issue paychecks to employees of Cust Serv CF, LLC and to employees of each individual Club Fitness facility. A complete and accurate copy of the agreement dated October 10, 2015, for Paycor, Inc. to provide these services to Club Fitness, Inc., is attached to this Affidavit as Exhibit 1.

8.      From April 2016 to and including the last day of Mr. John's employment with CF List Serv, LLC, which was July 20, 2017, Club Fitness contracted with a third party, ADP, LLC, ("ADP") for ADP to provide payroll services, including employee time and attendance services, and to issue paychecks to employees of Cust Serv CF, LLC and to employees of each individual Club Fitness facility. A complete and accurate copy of the Major Account Services – Master Services Agreement, dated February 3, 2016, for ADP, LLC to provide these services to Club Fitness, Inc., is attached to this Affidavit as Exhibit 2.

9.      At no time did Cust Serv CF, LLC, Club Fitness of Alton, LLC, Club Fitness, Inc., or any other company which owned and operated a Club Fitness facility receive, collect, store, use, posses, capture, obtain, or control the biometric information of Kellin Johns or of any other employee for payroll processing and timekeeping recording, or for any other purpose. Rather, any biometric information that was obtained of any employee was collected, stored, used, and at all times remained in the possession and control of either Paycor or ADP.

9.      At no time did any employee of Cust Serv CF, LLC, Club Fitness of Alton, LLC, Club Fitness, Inc., or any other company which owned and operated a Club Fitness facility have access to view, edit, modify, download, or otherwise copy any of this information; nor did we own or lease any fingerprint scanning equipment from either Paycor or ADP. All equipment and technology that was used for the collection of any employee biometric information was supplied and controlled by either Paycor or ADP, and this information was retained by each of those companies on their own secure servers.

JOHNS_000010

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: May 22, 2018

_____
Eric Schreimann

JOHNS_000011