IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLIN JOHNS, individually and on behalf of all others similarly situated, and JUAN BARRON,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | Case No. 3:20-cv-264-DWD ) ) |
| **PAYCOR, INC.,** | ) ) |
| **Defendant.** | ) |

**ADDENDUM TO THE AGREED CONFIDENTIALITY ORDER (DOC. 49)**

**WHEREAS**, Defendant Paycor, Inc. ("Paycor") has requested certain documents from some of its customers regarding measures they have implemented to comply with the Biometric Information Privacy Act ("BIPA") and regarding collective bargaining agreements into which they have entered;

**WHEREAS**, Paycor has used these documents, hereinafter referred to as "Protected Materials," in the instant matter to, among other things, respond to Plaintiffs' Motion for Class Certification (Doc. 103);

**WHEREAS**, to encourage the open and free exchange of information from third parties, and to prevent undue harassment or targeting of Paycor customers, it is essential that the Protected Materials—and particularly any identification of Paycor customers within the Protected Materials—are used only in connection with the instant matter; and

**WHEREAS**, to accomplish these objectives, it is necessary for this Court to enter this Addendum to the Agreed Confidentiality Order (Doc. 49).

**IT IS ORDERED**:

1. Any Protected Materials in the possession of either Plaintiffs or Paycor may not be used outside of this litigation for any purpose, including any subsequent legal or administrative proceeding.

2. The name and/or identity of any Paycor customer who disclosed Protected Materials must be redacted in any public filing.

3. Paycor will disclose full, unredacted copies of the Protected Materials to Plaintiffs.

4. Protected Materials shall be designated and treated as Confidential Information under the Agreed Confidentiality Order (Doc. 49,, ¶ 3(a)) and may not be disclosed to any attorney or employee/agent thereof who has not filed an appearance in the instant matter.

5. Counsel for Plaintiffs and Paycor shall destroy any Protected Materials in their possession within thirty (30) days of the conclusion of this litigation.

6. This Addendum shall take effect when entered and shall be binding upon all counsel of record and their law firms, the parties, and persons made subject to this Addendum by its terms.

Dated: November 4, 2024

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge