# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

KELLIN JOHNS, JUAN BARRON  )
*Plaintiff(s)*  )
v.  )  Case Number: 3:20-cv-00264-DWD
PAYCOR, INC.  )
*Defendant(s)*  )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiffs Kellin Johns and Juan Barron, and all others similarly situated

DATED: 12.23.2024

/s/ Brendan James Duffner
Signature

Brendan James Duffner
Name

55 W. Wacker Dr., 9th Fl. Chicago IL
Address

312-893-7002
Phone Number

312-275-7895
Fax Number

bduffner@mcgpc.com
E-Mail Address

Rev. 2/11