# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Kellin Johns and Juan Barron**, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 3:20-cv-00264-DWD |
| *Plaintiffs*, | ) |
| v. | ) Judge David W. Dugan ) |
| **Paycor, Inc.**, | ) ) |
| *Defendant.* | ) |

## PAYCOR, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, Paycor, Inc. ("Paycor"), by and through its undersigned counsel, and pursuant to the Agreed Confidentiality Order entered December 10, 2020 (Dkt. 49) ("Confidentiality Order"), respectfully moves this Court for entry of an Order granting Paycor leave to file portions of its Motion to Strike New Arguments and New Evidence in Plaintiff's Reply Brief in Support of Class Certification under seal.

WHEREFORE, Paycor, Inc. respectfully requests that it be permitted to file portions of its Defendant's Motion to Strike New Arguments and New Evidence in Plaintiff's Reply Brief in Support of Class Certification under seal.

Dated:  January 17, 2025

Respectfully Submitted,

PAYCOR, INC.

By: */s/Melissa A. Siebert*

Melissa A. Siebert
Christopher S. Hennessy
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
(312)-474-7900
msiebert@cozen.com
chennessy@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Melissa A. Siebert*