FIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAYCOR, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

## PAYCOR, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Paycor, Inc., by its attorneys, Cozen O'Connor, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, hereby makes the following disclosures:

1.　Defendant, Paycor, Inc. ("Paycor") states that it is a corporation organized under the laws of Delaware, with its principal place of business in Cincinnati, Ohio. As further required by Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Paycor states that it is a publicly traded company that is wholly owned by Pride Guarantor, Inc. Each are affiliated with Paychex, Inc. and its subsidiaries.

2.　Cozen O'Connor represents Paycor in the above-captioned matter and is the only law firm whose attorneys are expected to appear on behalf of Paycor.

Dated:  May 7, 2025　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**PAYCOR, INC.**

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/Melissa A. Siebert*

　　　　　　　　　　　　　　　　　　　　　　　　Melissa A. Siebert
　　　　　　　　　　　　　　　　　　　　　　　　Corey T. Hickman
　　　　　　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

LEGAL\77336412\1

-2-

123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
(312)-474-7900
msiebert@cozen.com
chickman@cozen.com

*Attorneys for Defendant Paycor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/Melissa A. Siebert*
