IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>PAYCOR, INC.,<br><br>                        Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

**PAYCOR, INC.'S**
**<u>AMENDED RULE 7.1 STATEMENT</u>**

Defendant Paycor, Inc., by its attorneys, Cozen O'Connor, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, hereby makes the following disclosures:

1.  As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Paycor, Inc. ("Paycor") states that it is a corporation organized under the laws of Delaware, with its principal place of business in Cincinnati, Ohio. As further required by Rule 7.1 of the Federal Rules of Civil Procedure, Paycor states that it is a privately held corporation that is wholly owned by Pride Guarantor, Inc. Each are affiliated with Paychex, Inc. and its subsidiaries.

2.  Cozen O'Connor represents Paycor in the above-captioned matter and is the only law firm whose attorneys are expected to appear on behalf of Paycor.

Dated: May 13, 2025                                      Respectfully Submitted,

                                                                            **PAYCOR, INC.**

                                                                       By<u>: /s/Melissa A. Siebert      </u>

Melissa A. Siebert
Corey T. Hickman
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, IL 60606
(312)-474-7900
msiebert@cozen.com
chickman@cozen.com

*Attorneys for Defendant Paycor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/Melissa A. Siebert*