IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIN JOHNS and JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAYCOR, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

**SUPPLEMENT TO REQUEST FOR REDACTION OF PORTIONS OF THE
JUNE 4, 2025 STATUS CONFERENCE TRANSCRIPT**

　　Defendant, Paycor, Inc. ("Paycor"), pursuant to the Court's July 9, 2025 Order (Dkt. 201), hereby submits its supplement to its request for redaction of portions of the June 4, 2025, status conference transcript.

　　Paycor seeks the redaction of information in the June 4, 2025 status conference transcript regarding the number of customer employers that it has, including active and lost customers, as well as data relating to the class size, including descriptions of the total class size and descriptions of the number of class members who fall within certain categories such as having an Illinois tax code or being a member of a union.

　　Paycor seeks the redaction of this information because, pursuant to the agreed confidentiality order (Dkt. 49), information regarding Paycor's customers, including its quantity of customers, the quantity of customers that are no longer active customers, and Paycor's classification of customers, is "commercial" information that Paycor treats as confidential. Disclosure of this information would cause Paycor a competitive disadvantage in that Paycor's

volume of business, and the number of customers it has lost, would become public knowledge to competitors. Moreover, information regarding class members, *i.e.* relating to Paycor's customers' employees, is considered confidential information pursuant to the services agreements between Paycor and its customers.

Further, in the April 30, 2025 status conference transcript, counsel for Plaintiffs stated, and Paycor's counsel agreed, that any customer data regarding the class list would not be provided directly to opposing counsel, but to a third-party administrator. Plaintiffs seemingly have shifted from this position in their recent motion for approval of class notice, and are now requesting to receive information directly, implicating Paycor's concerns of the disclosure of customer identities and customer employee information without Paycor having first obtained approval from those customers.

Accordingly, Paycor seeks redaction of the aforementioned customer and employee information contained in the June 4, 2025 status conference transcript to be consistent with the parties' agreed confidentiality order and their agreement at the April 30 status conference that any such confidential information would not be provided directly to Plaintiffs' counsel.

**WHEREFORE**, for the foregoing reasons, Defendant, Paycor, Inc., requests that the Court grant its redaction request.

Dated: July 16, 2025

        Respectfully Submitted,

        PAYCOR, INC.

        By: */s/Melissa A. Siebert*

        Melissa A. Siebert
        Corey T. Hickman
        COZEN O'CONNOR
        123 N. Wacker Dr., Suite 1800

Chicago, IL 60606  
(312)-474-7900  
msiebert@cozen.com  
chickman@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Melissa A. Siebert