# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Juan Barron**, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 3:20-cv-00264-DWD |
| *Plaintiffs*, | ) |
| v. | ) Judge David W. Dugan ) |
| **Paycor, Inc.**, | ) ) |
| *Defendant*. | ) ) |

### PAYCOR, INC.'S NOTICE OF WITHDRAWAL OF ARGUMENT IN BRIEFS ON PENDING MOTIONS

Defendant, Paycor, Inc. ("Paycor"), by and through its undersigned counsel, respectfully advises the Court that it is withdrawing an argument made in two pending filings, as additional information recently came to light that impacts this argument. In support of its Notice of Withdrawal, Paycor states as follows:

1.   Paycor's Response In Opposition to Juan Barron's Motion for Court Approval of Class Notice and Notice Plan (Dkt. 186 - filed under seal) argued in part that class notice should be limited to 2,968 individuals. Paycor is hereby withdrawing this specific argument to limit the class notice to 2,968 individuals which appears on pages 9-10. Contemporaneous with withdrawing this argument, Paycor separately seeks to file under seal a Second Supplemental Declaration of David Goodwin which more fully explains the dataset, and which is attached as Ex. 1 hereto. The remainder of Paycor's filing (Dkt. 186) remains unchanged, other than to note, as the Court is aware, that since the filing of Dkt. 186 Paycor's Rule 23(f) Petition to Appeal was denied.

2.   Paycor's Reply In Support of Motion to Amend Class Definition (Dkt. 199) also argued, on pages 1-3, that the class definition should be limited to the same 2, 968 individuals.

Paycor is hereby withdrawing this argument, for the same reasons stated above and in the Second Supplemental Declaration of David Goodwin, which more fully explains the dataset. The remainder of Paycor's filing (Dkt. 199) remains unchanged.

3.      There is no prejudice caused by the withdrawal of these arguments. Per the Court's August 14, 2025 Order (Dkt. 210), Class composition has yet to be determined, and "[d]ecisions regarding actual class members will be made at a later date." In the interim, the Court ordered Paycor to produce to Plaintiffs both: "a list containing the names and addresses of the approximately 2,968 potential class members identified by Defendant" as well as "a list containing the names and addresses of the approximately 15,168 class members." *Id*. Paycor promptly complied with this Order. Additionally, class notice is now even more broad, as there are a total of 16,546 unique individuals between these two lists who will receive class notice once Plaintiff's motion to approve notice (Dkt. 181) is decided. Finally, the Court has not yet ruled on either Plaintiff Juan Barron's Motion for Court Approval of Class Notice and Notice Plan (Dkt. 181), or Paycor's Motion to Alter/Amend Class Definition (Dkt. 188).

**WHEREFORE**, Paycor, Inc. respectfully provides this Notice of Withdrawal of Argument in Filings, and stands on the remaining arguments contained in Dkt. 186 and Dkt. 199, in deciding the pending motions.

Dated:  September 5, 2025                                Respectfully Submitted,

                                                         PAYCOR, INC.

                                                         By: */s/Melissa A. Siebert*

                                                         Melissa A. Siebert
                                                         Corey T. Hickman
                                                         COZEN O'CONNOR
                                                         123 N. Wacker Dr., Suite 1800
                                                         Chicago, IL 60606
                                                         (312)-474-7900

msiebert@cozen.com
chickman@cozen.com

Case 3:20-cv-00264-DWD    Document 213    Filed 09/05/25    Page 3 of 5    Page ID #6193

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Melissa A. Siebert*

# EXHIBIT 1 [Dkt. 212-1]
## *FILED UNDER SEAL*

## *MOTION FOR LEAVE TO FILE UNDER SEAL PENDING [Dkt. 211]*