# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>                       v.<br><br>PAYCOR, INC.,<br><br>                       Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

## THIRD SUPPLEMENTAL DECLARATION OF DAVID GOODWIN

I, David Goodwin, declare as follows:

1. I have been employed at Paycor, Inc. ("Paycor"), a company that offers certain recruiting, human resources, and payroll services to clients throughout the country, for over eight years. I have served as a Senior Portfolio Product Manager focused on Paycor products. In this capacity, my job duties and responsibilities include the management of the time-keeping portfolio of Paycor products.

2. In connection with my employment, I have personal knowledge of the products and services provided with respect to the Perform Time timeclocks. I am also familiar with various databases that host customer data, and the tables and fields containing such data. In my role, I also partner with software developers who build and support our product and databases.

3. I am generally aware of this class action lawsuit filed against Paycor under the Illinois Biometric Information Privacy Act ("BIPA"). In December 2024, I gave a deposition in this lawsuit. I also signed a Declaration, Supplemental Declaration, and Second Supplemental Declaration, which I understand were filed in Court papers in this lawsuit.

4. The Perform Time timeclock devices in use between 2015 and the present consist

of the following five models:

| Paycor Timeclock Model | Timeclock Manufacturer | Manufacturer's Timeclock Product Code |
|---|---|---|
| PT 100 | ZKTeco | US-10C |
| PT 150 | ZKTeco | US-15C |
| PT 300 | Grosvenor Technology | GT4 |
| PT 400 | Grosvenor Technology | GT4 |
| PT 800 | Grosvenor Technology | GT8 |

5. These five Perform Time timeclock models could each contain several functionalities for clocking in and out (also known as "punching" in or out).

6. All five of the above Perform Time timeclock models are capable of including a finger sensor functionality option.

7. None of the Perform Time timeclock models in use from 2015 to the present contained a hand geometry scanning functionality.

8. Further, Paycor has never captured, collected, received, otherwise obtained, or disclosed scans of hand geometry from individuals working in Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2025.

_David M Goodwin_
David Goodwin

2