# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUAN BARRON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**PAYCOR, INC.**,<br><br>*Defendant*. | Case No. 3:20-cv-00264-DWD<br>Judge David W. Dugan |

### PLAINTIFF BARRON'S MOTION FOR LEAVE TO REDACT AND FILE UNDER SEAL

Plaintiff Baron, by and through his counsel and pursuant to the Agreed Confidentiality Order entered by this Court on December 10, 2020 (Dkt. No. 49) ("Confidentiality Order"), respectfully moves for entry of an Order allowing Plaintiff to file under seal and/or redact documents and information being filed in connection with his forthcoming Supplement in Support of Motion for Sanctions ("Supplement") as detailed below:

1. On February 18, 2026, Plaintiff Barron will be filing his Supplement.

2. Plaintiff seeks leave to file under seal Exhibit A to Plaintiff's Supplement. Exhibit A contains the deposition testimony of Paycor employee Mohammed "Mike" Shaker-Badr, who was recently deposed on February 5, 2026. Pursuant to the Confidentiality Order, all deposition testimony taken in this case shall be treated as Confidential Information until fourteen days after the transcript is delivered, or in no event later than 60 days after the testimony was given. *See* Dkt. No. 49, at § 4. These time periods have not yet expired. Accordingly, Plaintiff requests that Exhibit A, which is Shaker's deposition transcript, be filed under seal until the timeframe for Defendant to designate Shaker's deposition testimony has expired. At that time, the Parties can

1

update the Court as to whether all or some of the testimony in Exhibit A has been designated confidential and re-file Exhibit A accordingly, to the extent necessary.

3.       Similarly, Plaintiff seeks to redact the following in his Supplement: (1) references to the testimony contained in Exhibit A; (2) references to the content of documents that have been filed under seal in this case, such as Dkt. 186-1; and (3) quotes from documents marked "Confidential" by Paycor.

**WHEREFORE**, Plaintiff respectfully requests that he be permitted to file Exhibit A to his Supplement under seal in its entirety, and redact references to Exhibit A, references to sealed documents, and quotes from documents marked "Confidential" by Paycor contained in his Supplement.

Date:   February 20, 2026                                    Respectfully Submitted,

By: */s/ Brendan Duffner*

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
Justin Caparco
**STEPHAN ZOURAS, LLC**
222 W. Adams Street
Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com
jcaparco@stephanzouras.com

Brandon M. Wise
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101

314-833-4825
bwise@peifferwolf.com

Evan M. Meyers
Brendan Duffner
Joseph M. Dunklin
**McGuire Law, PC**
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
312.893.7002

*Attorneys for Plaintiff and Class Members*

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on February 20, 2026, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Brendan Duffner*