# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUAN BARRON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**PAYCOR, INC.,**<br><br>*Defendant.* | Case No. 3:20-cv-00264-DWD<br>Judge David W. Dugan |

## PLAINTIFF'S MOTION FOR LEAVE TO RE-FILE EXHIBITS

Plaintiff Barron, by and through his counsel and pursuant to the Agreed Confidentiality Order entered by this Court on December 10, 2020 (Dkt. No. 49) ("Confidentiality Order") and Plaintiff's Motions to Redact and File Documents Under Seal (Dkts. 264, 286) hereby respectfully requests leave to re-file Exhibit B to Plaintiff's Motion for Sanctions (Dkt. 265-2), David Goodwin's deposition transcript, with redactions for Defendant's confidentiality designations, and to re-file Exhibit A to Plaintiff's Supplement in Support of Motion for Sanctions (Dkt. 288-1), Mohammed "Mike" Shaker-Badr's deposition transcript, in the public record. In support thereof, Plaintiff states as follows:

1.   On January 9, 2026, Plaintiff filed his Motion for Sanctions. Dkt. 265.

2.   Plaintiff sought leave to file Exhibit B to his Motion for Sanctions completely under seal. Dkts. 264; 265-2. Exhibit B to Plaintiff's Motion for Sanctions contained the transcript of the testimony of Paycor employee David Goodwin, who was deposed on December 18, 2025. Dkt. 264 ¶ 2. At the time of Plaintiff's January 9, 2026 filing, the fourteen-day timeframe for Defendant to submit confidentiality designations for Goodwin's deposition testimony had not yet expired. *See* Dkt. 49.

3.    In his Motion to Redact and File Documents Under Seal, Plaintiff indicated that upon the expiration of the timeframe for providing confidentiality designations, Exhibit B would be re-filed to the extent necessary. Dkt. 264 ¶ 2.

4.    On January 23, 2026, Paycor served confidentiality designations for Mr. Goodwin's deposition testimony. The Confidentiality Order provides that only the portions of the Goodwin transcript that are covered by Paycor's designations are protected by the Confidentiality Order. Dkt. 49 ¶ 4. Accordingly, Plaintiff seeks leave of Court to re-file Exhibit B, Goodwin's deposition transcript, with redactions reflecting Paycor's confidentiality designations. *Id.*

5.    On February 20, 2026, Plaintiff filed his Supplemental Memorandum in Support of Motion for Sanctions. Dkt. 287.

6.    Plaintiff sought leave to file Exhibit A to his Supplemental Memorandum in Support of Motion for Sanctions completely under seal. Dkt. 286. Exhibit A to Plaintiff's Supplemental Memorandum in Support of Motion for Sanctions contained the transcript of the testimony of Paycor employee Mike Shaker-Badr, who was deposed on February 5, 2026. *Id.*

7.    In his Motion to Redact and File Documents Under Seal, Plaintiff indicated that upon the expiration of the timeframe for providing confidentiality designations, Exhibit B would be re-filed to the extent necessary. Dkt. 286 ¶ 2.

8.    Counsel for both Parties received the final transcript of Mr. Shaker-Badr's deposition testimony on February 11, 2026 via email from the court reporter. Dkt. 288-1 at 377. As of Plaintiff's February 20, 2026 filing, the fourteen-day timeframe for Defendant to issue confidentiality designations for Mr. Shaker-Badr's deposition testimony had not yet expired.

9.    It is now March 3, 2026 and Paycor has not designated any of Mr. Shaker-Badr's testimony confidential under the Confidentiality Order, which states: "[t]he failure to serve

a timely Notice of Designation shall waive any designation of testimony taken in that deposition as Confidential Information, unless otherwise ordered by the Court." Dkt. 49 ¶ 4. Accordingly, Plaintiff seeks leave of Court to re-file Exhibit A, Shaker's deposition transcript in the public record.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order; (1) granting this motion; (2) granting Plaintiff leave to re-file Exhibit B to Plaintiff's Motion for Sanctions (Dkt. 265-2) with redactions consistent with Defendant's confidentiality designations, and to re-file Exhibit A to Plaintiff's Supplement in Support of Motion for Sanctions (Dkt. 288-1) in the public record; and (3) for any further relief that the Court deems reasonable and just.

Date:   March 3, 2026                                Respectfully Submitted,

By: */s/ Brendan Duffner*

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
Justin Caparco
**STEPHAN ZOURAS, LLC**
222 W. Adams Street
Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com
jcaparco@stephanzouras.com
Brandon M. Wise
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
314-833-4825
bwise@peifferwolf.com

Evan M. Meyers
Brendan Duffner

Joseph M. Dunklin
**MCGUIRE LAW, PC**
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
312.893.7002

*Attorneys for Plaintiff and Class Members*

4

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on March 3, 2026, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Brendan Duffner*