IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN BARRON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>PAYCOR, INC.,<br><br>       Defendant. | Case No. 3:20-cv-00264-DWD<br><br>Hon. David W. Dugan |

## PAYCOR, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Paycor, Inc. ("Paycor"), by and through counsel, and pursuant to the Agreed Confidentiality Order entered December 10, 2020 (Dkt. 49) ("Confidentiality Order"), respectfully moves this Court for entry of an Order granting Paycor leave to file its unredacted Response to Plaintiff Juan Barron's Supplement to Motion for Sanctions and Exhibits C, D, and E thereto, under seal. In support thereof, Paycor states as follows:

1. Paycor's Response to Plaintiff's Supplement to Motion for Sanctions ("Response") and the exhibits thereto contain ample technical information regarding Paycor's electronic systems, databases, files, schemas, and other system information that is highly confidential and that in the hands of a bad actor, could be used in seeking to infiltrate Paycor's electronic systems. The information could also be used to the detriment of Paycor and Paycor's customer employers, and their respective employees.

2. Paycor's Response contains this information in an attempt to provide the Court with a detailed and specific explanation of exactly what Paycor has done and what information it has used to determine the appropriate class size and identify class members, as well as to rebut certain representations made by Plaintiff in his Supplement to Motion for Sanctions.

1

3. The Court entered the Agreed Confidentiality Order in this action on December 10, 2020. (Doc. 49).

4. Pursuant to the Agreed Confidentiality Order, the parties may designate certain documents, testimony, and other discovery material "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" ("Confidential Information") if such materials, *inter alia*, contain "information that reveals trade secrets" or "research, technical, commercial or financial information that the party has maintained as confidential." (Doc. 49, ¶ 2)

5. Any party wishing to file Confidential Information in connection with a motion, brief, or other submission to the Court must file under seal in accordance with Local Rules. (Doc. 49, ¶ 7).

6. Paycor's Response quotes documents this Court previously granted permission to file under seal, namely, the December 18, 2025 deposition of David Goodwin (Doc. 268 (granting Doc. 264)), and the February 5, 2026 deposition transcript of Mike Shaker-Badr (Doc. 289 (granting Doc. 286)).

7. Further, Paycor has designated, or by this Motion designates, Exhibits C, D, and E as Confidential Information. Exhibit C contains references to confidential documents including the Paycor PerformTime Clock Service Technical Interface Specification. Exhibit D contains excerpts of the January 14, 2021 deposition transcript of Mitri Dahdaly, excerpts of which this Court previously sealed (Doc. 271 (granting Doc. 269)). Exhibit E contains excerpts of the transcript of David Goodwin's December 4, 2024 deposition, excerpts of which this Court previously sealed (Doc. 252 (granting Doc. 246)).

8. In submitting this Motion, Paycor is particularly sensitive to this Court's March 5, 2026 Order (Doc. 294) granting Defendant's Motion for Partial Reconsideration of the Order

Granting Plaintiff's Motion for Leave to Re-File Exhibits and Plaintiff's Response Thereto (Docs. 292 & 293), and specifically, the Court's encouragement that the parties meet and confer before de-designating any materials Confidential or seeking to file designated materials on the public docket.

9. Accordingly, Paycor requests leave to file its Response and exhibits fully under seal.

10. Publicly filing these documents could expose Paycor and others to security and other risks as noted above.

11. Full copies of Paycor's Reponses and exhibits will be provided to Plaintiff's counsel upon filing. Upon request, Paycor will file redacted copies of these documents on the public docket.

**WHEREFORE**, Paycor, Inc. respectfully requests that this Motion be granted and that it be permitted to file its Response to Plaintiff Juan Barron's Supplement to Motion for Sanctions and Exhibits C, D, and E thereto under seal.

Dated: March 6, 2026

**PAYCOR, INC.**

*/s/ Max E. Kaplan*
Max E. Kaplan
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-4682
mkaplan@cozen.com

Melissa A. Siebert
Corey T. Hickman
Amy M. Doig
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800

Chicago, IL 60606
(312)-474-7900
msiebert@cozen.com
chickman@cozen.com
adoig@cozen.com

Brian Browne
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 304-1458
bbrowne@cozen.com

***Attorneys for Defendant Paycor, Inc.***

## CERTIFICATE OF SERVICE

      I, Max E. Kaplan, an attorney, hereby certify that on March 6, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

                                                                 /s/ Max E. Kaplan